# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 0 2 2026

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

**JAMES BUSSEY,**
Plaintiff,

v.

**Case No.**

**JUDGE VICTORIA MARIA CALVERT,**
Defendant,

1:26-CV-1192

## COMPLAINT FOR DEPRIVATION OF RIGHTS UNDER COLOR OF LAW AND FOR DECLARATORY JUDGEMENT:

**COMES NOW,** Plaintiff **James Bussey,** Pro Se, files this Complaint against **JUDGE VICTORIA M. CALVERT,** alleges as follows;

## NATURE OF THE ACTION

1. This is a civil action for damages and declaratory relief arising from the Defendant, a **United States District Judge,** acting in the **clear absence of all jurisdiction** by **illegally consolidating** a terminated case {1:24-CV- 03329} with a new case. {1:24-CV-04968}. This **non-Judicial act** violated Plaintiff's Fifth Amendment right to due process by depriving him of the opportunity to prosecute his new case {1:24-CV-04968} and the right to obtain a **default judgment,** ultimately leading to **two unlawful foreclosure** attempt on the plaintiff's home which cause plaintiff to file bankruptcy to save his

home. This action is brought pursuant to the principle established in **United States v. Lee 106 U.S. 196 {1882}.**

*{In February of 2025 Plaintiff went to the federal court to see why a default judgment hasn't been entered in case that was filed on October 30, 2024, with all parties being properly served. I asked to speak to the deputy clerk, a guy name Benny Thurman came out and stated that the new case 1:24-CV-04968-VMC filed on October 30, 2024 was closed on November 1st 2024 with no notice or court hearing and combined with the old case 1:24 -CV-03329-VMC that was closed with prejudice on October 23, 2024. Plaintiff immediately filed an appeal}*

**PARTIES**

2. **Plaintiff James Bussey** is an individual residing in Roswell Georgia
3. **Defendant Victoria M. Calvert** is a United States District Judge for the Northern District of Georgia. She is being sued for taken in the **clear absence of all jurisdiction.**

**JURISDICTION AND VENUE**

4. This Court has Federal question jurisdiction pursuant to **28 U.S.C. § 1331.**
5. Venue is proper in this district pursuant to **28 U.S.C. § 1391 {B}** because the events giving rise to the claim occurred herein.

**FACTUAL ALLEGATIONS:**

6. On **October 23, 2024** in " Case No: 1:24-CV-03329-VMC" a **final judgment** was entered, **dismissing** the case with **prejudice.** The case was closed. {See **Exhibit A:** Docket Sheet for **1:24-CV-03329-VMC**}.

7. On **October 30, 2024,** Plaintiff filed a new separate action. "Case No: 1:24,-CV-04968-VMC" asserting a **new claim** regarding the **recission** of a mortgage under the Truth In Lending Act,{**TILA**}. {See **Exhibit B** Docket Sheet & copy of the initial Complaint Sheet for 1:24-CV-04968-VMC}.

8. The defendants in the new case {**1:24-CV-04968-VMC**} were all served properly but never filed an answer or any responsive pleading as required by **Fed. R. Civ. P. 12{a}.** They were in default under **FRCP 36** Failure to timely respond or object result in the matter being deemed admitted.

9. On November 1. 2024 **Defendant Calvert** issued a Consolidation Order {ECF DOC, in the consolidated docket} purporting to consolidate the new active case {**1;24-CV-04968-VMC**} with the already – closed and terminated case **1:24-CV-03329-VMC**} {See **Exhibit B** Consolidation Order}

10.    A **court** loses **jurisdiction** over a case once a **final judgment** is entered and the case is closed. "See e.g.{case law on final judgment}

11.    By issuing an order in a closed case over which the court lacked all jurisdiction, **Defendant Calvert** acted in the **"clear absence of all jurisdiction"** as defined by United States v. Lee.

12.    The **unauthorized non-judicial act** had the direct and foreseeable effect of:

-**Preventing** the Plaintiff from obtaining a default judgment against the defendants in case no **1:24-CV-04968.**
-**Denying** Plaintiff his Fifth Amendment right to due process by depriving him of access to the courts for his new claim.
-**Causing** the subsequent **unlawful foreclosure** attempts on plaintiff's home based on a **voided debt.**

## CAUSE OF ACTION
## {DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW – Bivens Action}

13.    **Plaintiff** realleges and incorporates by reference the foregoing paragraphs.

14.    **Defendant Calvert** acting under color of federal law, engaged in conduct that deprived Plaintiff of his FIFTH Amendment right to due process.

15.    **Defendant' Action** – issuing a order in a case where all jurisdiction had been **terminated** – were **not judicial acts** and were taken the **clear absence of all jurisdiction,** thus barring any claim to absolute **judicial immunity.**

16.    As a **direct and proximate** result of **Defendant's** unlawful conduct, Plaintiff suffered **significant financial, credit damages, stress, and emotional damages**. Also Plaintiff had to file an appeal with the **11ᵀᴴ Circuit Courts of Appeals** to order the lower court to honor the default judgment.

17.    **Defendant Calvert** Conspired with **McCalla, Raymer, Liebert, Pierce, LLC** to try an **illegally seize** and sell Plaintiff's property.

18.    A **judge** conspiring with a law firm to **illegally seize** a person home is definition of conduct worthy of **massive punitive damages, {See Smith v. Wade, 461 U.S. 30 {1983}**

19.    A corrupt legal process is worth millions on its own. **{See Memphis Community School District v. Stachura, 477 U.S. 299 {1986}.**

20.    **11ᵀᴴ Circuit Courts of Appeals** is still reviewing **Plaintiff** appeal as of today. **{March 1ˢᵗ 2026}**


## PRAYER FOR RELIEF:

**WHEREFORE,** Plaintiff demand judgement against defendant for:

1. **Emotional Distress**
2. **Financial Harm**
3. **Punitive Damages** {Punitive damages are designed to punish malicious, fraudulent, or recklessily indifferent conduct.
4. **Violation and Deprived of Constitutional Rights under the color of federal law.**
5. **Extortion**
6. **Plaintiff** is seeking $20 million plus treble damages

**Respectfully Submitted,**        **Date:** March 2nd 2026,

**James Bussey**
455 Liberty Trace
Roswell, Georgia 30076
404-993-3925

**CERTIFICATE OF SERVICE**
I hereby certify that on this **2nd** day of **March, 2026,** I served a copy of this Complaint upon counsel for Defendant via FEDEX to:

**Georgia Attorney General Office**
40 Capitol Sq SW,
Atlanta, Ga, 30334

**ATT Pam Bondi**
**Department of justice,**
950 Pennsylvania Avenue NW,
Washington, D.C. 20530

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:24-cv-03329-VMC
### Internal Use Only

EX A

Bussey et al v. McCalla Raymer,Leibert Pierce LLC et al
Assigned to: Judge Victoria M. Calvert
Member case:
   1:24-cv-04968-VMC
Case in other court: USCA - 11th Circuit, 25-10436-J
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 07/26/2024
Date Terminated: 12/23/2024
Jury Demand: None
Nature of Suit: 220 Real Property:
Foreclosure
Jurisdiction: Federal Question

**Plaintiff**
James Bussey

represented by James Bussey
455 Liberty Trace
Roswell, GA 30076
404-993-3925
PRO SE

**Plaintiff**
Brenda Sandova Rey

represented by Brenda Sandova Rey
455 Liberty Trace
Roswell, GA 30076
404-993-3925
PRO SE

V.

**Defendant**
McCalla Raymer,Leibert Pierce LLC

represented by William Oxford Tate
McCalla Raymer Liebert Pierce LLC -
Roswell
1544 Old Alabama Road
Roswell, GA 30076-2102
678-281-6473
Email: william.tate@mccalla.com
*ATTORNEY TO BE NOTICED*

**Defendant**
Briana Tookes

represented by William Oxford Tate
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
Rosemary Metz

of 7

| 10/23/2024 | 12 | FINAL REPORT AND RECOMMENDATION re 11 Amended Complaint Signed by Magistrate Judge J. Elizabeth McBath on 10/23/2024. (jbu) (Entered: 10/24/2024) |
|---|---|---|
| 10/15/2024 | 11 | AMENDED COMPLAINT against McCalla Raymer,Leibert Pierce LLC, Briana Tookes filed by James Bussey, Brenda Sandova Rey.(jbu) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 10/16/2024) |
| 10/04/2024 | | Clerk's Certificate of Mailing as to James Bussey, Brenda Sandova Rey re 10 Order,. (jbu) (Entered: 10/04/2024) |
| 10/04/2024 | 10 | ORDER: Plaintiffs are ORDERED, within 14 days from the date of this Order, to file a more definite complaint pursuant to Rule 12(e). Plaintiff's more definite complaint will act as the operative complaint and Defendants will have 21 days to file their responsive pleading or motion. Plaintiff is ADVISED that failure to comply with this order could result in the striking of their complaint and dismissal of this case. Signed by Magistrate Judge J. Elizabeth McBath on 10/4/2024. (jbu) (Entered: 10/04/2024) |
| 10/03/2024 | | Submission of 6 MOTION to Dismiss , 7 MOTION to Strike, MOTION to Dismis, sMOTION for Default Judgment, to Magistrate Judge J. Elizabeth McBath. (vs) (Entered: 10/03/2024) |
| 09/30/2024 | 9 | MOTION for Emergency Request to Ask the Court to Grant Rights to Rescind Mortgage by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 10/01/2024) |
| 09/24/2024 | 8 | MOTION for Summary Judgment by James Bussey, Brenda Sandova Rey. (jbu) -- Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.-- (Entered: 09/25/2024) |
| 09/03/2024 | 7 | MOTION to Strike Defendant's Answer, MOTION to Remove All Attorneys from the Case, MOTION for Default Judgment by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 09/03/2024) |
| 08/23/2024 | 6 | MOTION to Dismiss with Brief In Support by McCalla Raymer-Liebert Pierce, LLC, Briana Tookes. (Attachments: # 1 Brief)(Tate, William) (Entered: 08/23/2024) |
| 08/06/2024 | 5 | Return of Service Executed by James Bussey, Brenda Sandova Rey. McCalla Raymer-Liebert Pierce, LLC served on 8/2/2024, answer due 8/23/2024. (jbu) (Entered: 08/07/2024) |
| 07/31/2024 | 4 | Summons Issued as to Briana Tookes. (jbu) (Entered: 07/31/2024) |
| 07/30/2024 | | Clerk's Certificate of Mailing as to James Bussey, Brenda Sandova Rey re 3 Notice to Pro Se Parties. (jbu) (Entered: 07/30/2024) |
| 07/30/2024 | 3 | NOTICE to Pro Se Parties. Signed by Magistrate Judge J. Elizabeth McBath on 7/30/2024. (jbu) (Entered: 07/30/2024) |
| 07/26/2024 | 2 | Summons Issued as to McCalla Raymer-Liebert Pierce, LLC, Briana Tookes. Summons issued in error. Single summons document lists both named Defendants. (bmr) (Entered: 07/29/2024) |

| | | |
|---|---|---|
| 11/25/2024 | 20 | CERTIFICATE OF SERVICE re 19 MOTION to Dismiss *Complaint Doc.1 Case 24-4968* filed by McCalla Raymer,Leibert Pierce LLC, Briana Tookes (Tate, William) (Entered: 11/25/2024) |
| 11/22/2024 | 19 | MOTION to Dismiss *Complaint Doc.1 Case 24-4968* with Brief In Support by McCalla Raymer,Leibert Pierce LLC, Briana Tookes. (Attachments: # 1 Brief) (Tate, William) (Entered: 11/22/2024) |
| 11/20/2024 | 18 | MOTION to Dismiss Defendants and Company Due to Falsification of Bank Records by James Bussey, Brenda Sandova Rey. (tcc) (Entered: 11/20/2024) |
| 11/12/2024 | 17 | NOTICE Of Filing Argument for Responding to Defendant's Motion to Deny TRO by James Bussey, Brenda Sandova Rey (jbu) (Entered: 11/12/2024) |
| 11/12/2024 | 16 | AFFIDAVIT in Support re 14 MOTION for Temporary Restraining Order filed by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 11/12/2024) |
| 11/01/2024 | | Clerk's Certificate of Mailing as to James Bussey, Brenda Sandova Rey re 15 Order (jbu) (Entered: 11/01/2024) |
| 11/01/2024 | 15 | ORDER: The Motion for Temporary Restraining Order and Preliminary Injunction in 1:24-cv-03329-VMC 14 is DENIED. It is FURTHER ORDERED that the Motion for Temporary Restraining Order and Preliminary Injunction in case number 1:24-cv-04968-VMC 2 is DENIED. It is FURTHER ORDERED that Civil Action No. 1:24-cv-04968-VMC is CONSOLIDATED into Civil Action No. 1:24-cv-03329-VMC. The Clerk is DIRECTED to (1) file this Order in Civil Action No. 1:24-cv-04968-VMC; and (2) CLOSE Civil Action No. 1:24-cv-04968. Signed by Judge Victoria M. Calvert on 11/1/2024. (jbu) (Entered: 11/01/2024) |
| 10/28/2024 | 14 | MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 10/28/2024) |
| 10/24/2024 | | Clerk's Certificate of Mailing as to James Bussey, Brenda Sandova Rey re 13 Order for Service of Report and Recommendation, 12 FINAL REPORT AND RECOMMENDATION. (jbu) (Entered: 10/24/2024) |
| 10/23/2024 | 13 | ORDER for Service of 12 Final Report and Recommendation by Magistrate Judge J. Elizabeth McBath. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge J. Elizabeth McBath on 10/23/2024. (jbu) (Entered: 10/24/2024) |
| 10/23/2024 | | FINAL REPORT AND RECOMMENDATION (found in 12 R&R). The Court therefore RECOMMENDS that Defendant's Motion to Dismiss 6 be GRANTED, and that Plaintiffs' Amended Complaint 11 be DISMISSED WITH PREJUDICE. As a result, the Court also RECOMMENDS that Plaintiffs' Motion for Summary Judgment 8 and Motion for Emergency Request 9 be DENIED AS MOOT. Plaintiffs also filed a Motion to Strike Defendants [sic] Answer and Remove all Attorneys / Lawyers from the Case due to License Fraud and Enter a Default Judgment to Plaintiffs 7 . The Court RECOMMENDS that the motion 7 be DENIED. Signed by Magistrate Judge J. Elizabeth McBath on 10/23/2024. (jbu) (Entered: 10/24/2024) |

Northern District Court     https://gand-ecf.sso.dch/cgi-bin/DktRpt.pl?708182936526935-L_1_0-1

| 07/26/2024 | 1 | COMPLAINT filed by James Bussey, Brenda Sandova Rey. (Filing fee $405, receipt number 100013182) (Attachments: # 1 Civil Cover Sheet)(bmr) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 07/29/2024) |

4months,CLOSED,SUBMDJ,VMCLC3

## U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04968-VMC
## Internal Use Only

ExB

Bussey et al v. Fairway Independant Mortgage Corporation et al       Date Filed: 10/30/2024
Assigned to: Judge Victoria M. Calvert                              Date Terminated: 11/01/2024
Lead case: 1:24-cv-03329-VMC                                        Jury Demand: None
Member case:                                                        Nature of Suit: 371 Truth in Lending
   1:24-cv-04968-VMC                                 Jurisdiction: Federal Question
Cause: 15:1601 Truth in Lending

**Plaintiff**

**James Bussey**                                   represented by  **James Bussey**
                                                                   455 Liberty Trace
                                                                   Roswell, GA 30076
                                                                   404-993-3925
                                                                   PRO SE


**Plaintiff**

**Brenda Sandoval Rey**                            represented by  **Brenda Sandoval Rey**
                                                                   455 Liberty Trace
                                                                   Roswell, GA 30076
                                                                   404-993-3925
                                                                   PRO SE


V.

**Defendant**

**Fairway Independant Mortgage
Corporation**

**Defendant**

**Chris Shumate**

**Defendant**

**McCalla Raymer, Leibert Pierce LLC**
*in care of*

**Defendant**

**Briana Tookes**

| Date Filed | # | Docket Text |
|------------|---|-------------|
|            |   |             |

| | | | |
|---|---|---|---|
| 02/05/2025 | | | Submission of 11 MOTION to Disqualify Judge, to District Judge Victoria M. Calvert. (vs) (Entered: 02/05/2025) |
| 01/27/2025 | 🔒 | 11 | MOTION to Disqualify Judge by James Bussey, Brenda Sandoval Rey. (bgt) (Entered: 01/28/2025) |
| 12/30/2024 | 🔒 | | (Court only) ***Motions terminated: 9 MOTION Status Report filed by Brenda Sandoval Rey, James Bussey. (jbu) (Entered: 12/30/2024) |
| 12/27/2024 | | 10 | DOCUMENT FILED IN ERROR AMENDED COMPLAINT against Fairway Independent Mortgage Corporation, McCalla Raymer, Leibert Pierce LLC, Chris Shumate, Briana Tookes, Rosemary Metz filed by James Bussey, Brenda Sandoval Rey.(djs) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. Modified on 12/30/2024 (djs). (Entered: 12/27/2024) |
| 12/27/2024 | | 9 | DOCUMENT FILED IN ERRORMOTION for Status Report by James Bussey, Brenda Sandoval Rey. (djs) Modified on 12/30/2024 (djs). (Entered: 12/27/2024) |
| 11/25/2024 | 🔒 | | (Court only) ***Motions terminated: 8 MOTION to Disqualify Attorney filed by Brenda Sandoval Rey, James Bussey. (jbu) (Entered: 11/25/2024) |
| 11/25/2024 | | 8 | DOCUMENT FILED IN ERROR MOTION to Disqualify Attorney and Law Firm by James Bussey, Brenda Sandoval Rey. (jbu) Modified on 11/25/2024 - refiled in main case (jbu). (Entered: 11/25/2024) |
| 11/04/2024 | | 7 | Return of Service Executed by James Bussey, Brenda Sandoval Rey. Fairway Independant Mortgage Corporation served on 11/1/2024, answer due 11/22/2024. (jbu) (Entered: 11/05/2024) |
| 11/04/2024 | | 6 | Return of Service Executed by James Bussey, Brenda Sandoval Rey. McCalla Raymer, Leibert Pierce LLC served on 11/1/2024, answer due 11/22/2024. (jbu) (Entered: 11/05/2024) |
| 11/01/2024 | | | Clerk's Certificate of Mailing as to James Bussey, Brenda Sandoval Rey re 5 Order (jbu) (Entered: 11/01/2024) |
| 11/01/2024 | | | Civil Case Terminated. (jbu) (Entered: 11/01/2024) |
| 11/01/2024 | | 5 | ORDER: The Motion for Temporary Restraining Order and Preliminary Injunction in 1:24-cv-03329-VMC 14 is DENIED. It is FURTHER ORDERED that the Motion for Temporary Restraining Order and Preliminary Injunction in case number 1:24-cv-04968-VMC 2 is DENIED. It is FURTHER ORDERED that Civil Action No. 1:24-cv-04968-VMC is CONSOLIDATED into Civil Action No. 1:24-cv-03329-VMC. The Clerk is DIRECTED to (1) file this Order in Civil Action No. 1:24-cv-04968-VMC; and (2) CLOSE Civil Action No. 1:24-cv-04968. Signed by Judge Victoria M. Calvert on 11/1/2024. (jbu) (Entered: 11/01/2024) |
| 10/30/2024 | | | Submission of 2 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction, to District Judge Victoria M. Calvert. (jbu) (Entered: 10/30/2024) |
| 10/30/2024 | | 4 | Summons Issued as to McCalla Raymer, Leibert Pierce LLC. (jbu) (Entered: 10/30/2024) |

| 10/30/2024 | 3 | Summons Issued as to Fairway Independant Mortgage Corporation. (jbu) (Entered: 10/30/2024) |
|---|---|---|
| 10/30/2024 | 2 | MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by James Bussey, Brenda Sandoval Rey. (jbu) (Entered: 10/30/2024) |
| 10/30/2024 | 1 | COMPLAINT filed by James Bussey, Brenda Sandoval Rey. (Filing fee $405, receipt number 100015136) (Attachments: # 1 Civil Cover Sheet, # 2 Receipt) (jbu) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 10/30/2024) |

| 12/16/2024 | 36 | REPLY to Response to Motion re 21 MOTION to Disqualify Attorney filed by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 12/16/2024) |
|---|---|---|
| 12/13/2024 | 35 | MOTION for Damages Arising from Plaintiff's Right to Rescind Mortgage under RICO Violations by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 12/13/2024) |
| 12/13/2024 | 34 | MOTION for Preliminary Injunction by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 12/13/2024) |
| 12/13/2024 | 33 | MOTION to Compel Defendant's Attorney to Provide Proof of FARA Compliance by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 12/13/2024) |
| 12/10/2024 | 32 | CERTIFICATE OF SERVICE re 31 MOTION to Strike 22 Amended Complaint, 30 Response in Opposition to Motion filed by McCalla Raymer,Leibert Pierce LLC, Briana Tookes (Tate, William) (Entered: 12/10/2024) |
| 12/09/2024 | 31 | MOTION to Strike 22 Amended Complaint, with Brief In Support by McCalla Raymer,Leibert Pierce LLC, Briana Tookes. (Tate, William) (Entered: 12/09/2024) |
| 12/09/2024 | 30 | RESPONSE in Opposition re 21 MOTION to Disqualify Attorney filed by McCalla Raymer,Leibert Pierce LLC, Briana Tookes. (Tate, William) (Entered: 12/09/2024) |
| 12/06/2024 | 29 | RESPONSE in Opposition re 19 MOTION to Dismiss *Complaint Doc 1 Case 24-4968* filed by James Bussey, Briana Tookes. (jbu) (Entered: 12/06/2024) |
| 12/04/2024 | 28 | RESPONSE in Opposition re 19 MOTION to Dismiss *Complaint Doc 1 Case 24-4968* filed by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 12/05/2024) |
| 12/04/2024 | 27 | RESPONSE in Opposition re 19 MOTION to Dismiss *Complaint Doc 1 Case 24-4968* filed by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 12/05/2024) |
| 12/04/2024 | 26 | MOTION for Speedy Trial by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 12/05/2024) |
| 12/04/2024 | 25 | MOTION for Default Judgment by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 12/05/2024) |
| 12/04/2024 | 24 | MOTION for Clerks Entry of Default by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 12/05/2024) |
| 11/25/2024 | 23 | AMENDED COMPLAINT against Fairway Independent Mortgage Corporation, Chris Shumate (Styled as First Amended Motion for Damages) filed by James Bussey, Brenda Sandova Rey.(jbu) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 11/25/2024) |
| 11/25/2024 | 22 | AMENDED COMPLAINT against Briana Tookes (Styled as First Amended Motion for Damages) filed by James Bussey, Brenda Sandova Rey.(jbu) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 11/25/2024) |
| 11/25/2024 | 21 | MOTION to Disqualify Attorney and Law Firm by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 11/25/2024) |

| 01/29/2025 | 45 | ORDER: Any relief sought in the papers filed by Plaintiffs ( 40 - 44 ) is DENIED as moot. Plaintiffs are CAUTIONED that continuing to file papers in this closed case may result in filing restrictions going forward. Signed by Judge Victoria M. Calvert on 1/29/2025. (jbu) (Entered: 01/30/2025) |
|---|---|---|
| 01/28/2025 | | Submission of 43 Objections to Report and Recommendation, 40 MOTION Status Report, 42 Motion to Enforce Compliance with DOJ Directive on FARA License Requirements, 44 MOTION for Foreign Affidavit Special Appearanc, to District Judge Victoria M. Calvert. (vs) (Entered: 01/28/2025) |
| 01/13/2025 | 44 | MOTION for Foreign Affidavit Special Appearance by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 01/14/2025) |
| 01/03/2025 | 43 | OBJECTIONS to 12 Report and Recommendation filed by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 01/03/2025) |
| 12/30/2024 | 42 | Motion to Enforce Compliance with DOJ Directive on FARA License Requirements by James Bussey, Brenda Sandova Rey. (jbu) Modified on 1/2/2025 to edit event/text (rlh). (Entered: 12/30/2024) |
| 12/27/2024 | 41 | AMENDED COMPLAINT against Fairway Independant Mortgage Corporation, McCalla Raymer,Leibert Pierce LLC, Chris Shumate, Briana Tookes, Rosemary Metz filed by James Bussey, Brenda Sandova Rey.(djs) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/30/2024) |
| 12/27/2024 | 40 | MOTION Status Report by James Bussey, Brenda Sandova Rey. (djs) (Entered: 12/30/2024) |
| 12/23/2024 | | Clerk's Certificate of Mailing as to James Bussey, Brenda Sandova Rey re 38 Order, 39 Clerk's Judgment. (jbu) (Entered: 12/23/2024) |
| 12/23/2024 | 39 | CLERK'S JUDGMENT. It is Ordered and Adjudged that the action be, and the same hereby is, dismissed. (jbu)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 12/23/2024) |
| 12/23/2024 | | Civil Case Terminated. (jbu) (Entered: 12/23/2024) |
| 12/23/2024 | 38 | ORDER: Accordingly, it is ORDERED that the R&R 12 is ADOPTED, Defendants' Motion to Dismiss 6 is GRANTED and this case is DISMISSED WITH PREJUDICE. All other pending motions are DENIED AS MOOT. The Clerk is DIRECTED to CLOSE this case. Signed by Judge Victoria M. Calvert on 12/23/2024. (jbu) (Entered: 12/23/2024) |
| 12/19/2024 | 37 | MOTION to Support RICO Claims by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 12/19/2024) |
| 12/19/2024 | | Submission of 21 MOTION to Disqualify Attorney, 12 FINAL REPORT AND RECOMMENDATION re 11 Amended Complaint, filed by Brenda Sandova Rey, James Bussey, 18 MOTION to Dismiss, 7 MOTION to Strike, MOTION to Dismiss, MOTION for Default Judgment, 8 MOTION for Summary Judgment, 19 MOTION to Dismiss Complaint Doc 1 Case 24-4968, 9 MOTION, 22 Amended Complaint,, to District Judge Victoria M. Calvert. (vs) (Entered: 12/19/2024) |

CM/ECF-GA Northern District Court                                    https://gand-ecf.sso.dcn/cgi-bin/DktRpt.pl?708182936526933-L_1_0-1

V.

**Consol Defendant**

**Fairway Independant Mortgage Corporation**

**Consol Defendant**

**Chris Shumate** .

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2025 | 53 | Transmission of Certified Copy of Amended Notice of Appeal, Judgment, Orders, Report and Recommendation and Docket Sheet to USCA- 11th Circuit re: 52 Amended Notice of Appeal. There is no Transcript. This is not the first notice of appeal. Other notices were filed on 2/10/25. USCA Case No. 25-10436-J. Appeal fees have been paid on receipt# 100017320. The District Judge is Victoria M. Calvert. (pjm) (Entered: 02/14/2025) |
| 02/14/2025 | 52 | AMENDED NOTICE OF APPEAL as to 45 Order on Motion for Miscellaneous Relief, by James Bussey. Case Appealed to USCA- 11th Circuit. (pjm) (Entered: 02/14/2025) |
| 02/14/2025 | | Appeal Fee Payment Received re: 47 Notice of Appeal. $ 605.00, receipt number 100017320. (pjm) (Entered: 02/14/2025) |
| 02/13/2025 | 51 | MOTION to Expedite Transmission of Record from Lower Court by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 02/14/2025) |
| 02/11/2025 | 50 | NOTICE of Filing Petition for Writ of Prohibition by James Bussey, Brenda Sandova Rey (jbu) (Entered: 02/12/2025) |
| 02/11/2025 | 49 | USCA Acknowledgment of 47 Notice of Appeal filed by James Bussey. Case Appealed to USCA - 11th Circuit Case Number 25-10436-J. (rlh) (Entered: 02/11/2025) |
| 02/10/2025 | 48 | Transmission of Certified Copy of Notice of Appeal, Judgment, Order, Report and Recommendation, and Docket Sheet to USCA- 11th Circuit re: 47 Notice of Appeal. There is no Transcript. Appeal fees HAVE NOT been paid. The District Judge is Victoria M. Calvert. (pjm) (Entered: 02/10/2025) |
| 02/10/2025 | 47 | NOTICE OF APPEAL as to 45 Order on Motion for Miscellaneous Relief, by James Bussey. Case Appealed to USCA- 11th Circuit. (Attachments: # 1 USCA Appeal Fee Letter)(pjm) (Entered: 02/10/2025) |
| 02/07/2025 | 46 | RESPONSE (Plaintiff's Objection) re 45 Order filed by James Bussey, Brenda Sandova Rey. (jbu) (Entered: 02/07/2025) |
| 02/03/2025 | | (Court only) ***Submission to Judge Terminated (vs) (Entered: 02/03/2025) |
| 01/30/2025 | | Clerk's Certificate of Mailing as to James Bussey, Brenda Sandova Rey re 45 Order on Motion for Miscellaneous Relief (jbu) (Entered: 01/30/2025) |

FILL... ...LERK ...O...
U.S.D.C. •Atlanta
UCT 3 0 2024
KEVIN P. WEIMER, Clerk
By: ... ...ty Clerk

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF GEORGIA

**JAMES BUSSEY**

    **&**

**BRENDA SANDOVAL REY**

**V.**

**FAIRWAY INDEPENDENT MORTGAGE**

**CORPORATION &**

**CHRIS SHUMATE**

    **&**

**MCCALLA RAYMER, LEIBERT PIERCE LLC**

  **{IN CARE OF}**

**BRIANA TOOKES**

**Civil Action No.**

**1:24-CV-4968**

# COMPLAINT FOR RECISSION UNDER THE TRUTH IN LENDING ACT

## INTRODCUTION

1. PLAINTIFFS {JAMES BUSSEY & BRENDA SANDOVAL REY} brings this action for rescission of a mortgage loan under the federal Truth in Lending Act. {TILA} , 15 U.S.C. 1635 {F} , and Regulation Z.